**MANFRED, APC**
Manfred P. Muecke (SBN 222893)
600 W Broadway Ste 700
San Diego CA 92101
(619) 550-4005
mmuecke@manfredapc.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FOREMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE COLGATE PALMOLIVE COMPANY and TOM'S OF MAINE,<br><br>Defendants. | Case No. 3:25-cv-314 TWR (KSC)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff William Foreman hereby gives notice of his voluntary dismissal of this action without prejudice.

Dated: December 15, 2025

Respectfully submitted,

*/s/ Manfred P. Muecke*
Manfred P. Muecke
**Manfred APC**
600 W Broadway Ste. 700
San Diego CA 92101
Tel: (619) 550-4005
Fax: (619) 550-4006
mmuecke@manfredapc.com

1